MARC P. COOK
cnklawfirm@aol.com
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, NV 89101
Telephone: (702) 737-7702
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA BEELL, individually on her own behalf and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,<br><br>*Defendant*. | Case No. 2:13-cv-01303<br><br>**CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LOCAL RULE 7.1-1** |

In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Jessica Beell, certifies that other than the named parties, there is no such interest to report.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal

DATED this 1st day of August 2013.

**JESSICA BEELL**, individually and on behalf of all others similarly situated,

By:  /s/ Marc P. Cook
         One of her Attorneys

MARC P. COOK
cnklawfirm@aol.com
BAILUS COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, NV 89101
Telephone: (702) 737-7702

## CERTIFICATE OF SERVICE

    I, Mark P. Cook, an attorney, hereby certify that on August 1, 2013, I served the above and foregoing ***CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LOCAL RULE 7.1-1***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF system, on this the 1st day of August, 2013.

                                          /s/ Mark P. Cook