MORRIS LAW GROUP
Robert McCoy, Bar No. 9121
Email: rrm@morrislawgroup.com
Rex D. Garner, Bar No. 9401
Email: rdg@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
First National Collection Bureau, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA BEELL, individually on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:13-cv-01303-KJD-CWH<br><br>**DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for defendant, First National Collection Bureau, Inc. ("FNCB"), certifies that it does not have a parent corporation, and no publicly held corporation owns any shares in FNCB.

1  These representations are made to enable judges of the Court to
2  evaluate possible disqualification or recusal.

                    MORRIS LAW GROUP

By: _____
Robert McCoy, Bar No. 9121
Rex D. Garner, Bar No. 9401
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
First National Collection Bureau, Inc.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following documents were served via electronic service: **DEFENDANT FIRST NATIONAL COLLECTION BUREAU, INC.'S CERTIFICATE OF INTERESTED PARTIES**

TO:
Marc P. Cook
Bailus Cook & Kelesis, Ltd.
517 South 9th Street
Las Vegas, Nevada 89101

Attorney for Plaintiff

Dated this 23rd day of September, 2013.

By: _____