1   STEPHANIE J. SMITH, ESQ.
2   Nevada Bar No. 11280
    **GORDON & REES LLP**
3   3770 Howard Hughes Parkway Suite 100
    Las Vegas, Nevada 89169
4   Telephone: (702) 577-9300
    Facsimile: (702) 255-2858
5   Email: sjsmith@gordonrees.com

6   *Attorneys For: Defendant*
7   *FIRST NATIONAL COLLECTION BUREAU*

8

9                    **UNITED STATES DISTRICT COURT**

10                            **DISTRICT OF NEVADA**

11

12  JESSICA BEELL, individually on her own behalf   )   CASE NO. 2:13-cv-01303-KJD-CWH
    and on behalf of all others similarly situated,   )
13                                                  )
                                                    )
14                          Plaintiff,              )   **SUBSTITUTION OF COUNSEL ON**
                                                    )   **BEHALF OF DEFENDANT FIRST**
15          vs.                                     )   **NATIONAL COLLECTION**
                                                    )   **BUREAU**
16  FIRST NATIONAL COLLECTION BUREAU,               )
    INC., a Nevada corporation,                     )
17                                                  )
                            Defendant.              )
18  _____ )

19

20      Defendant FIRST NATIONAL COLLECTION BUREAU, INC., hereby consents to the

21  substitution of STEPHANIE J. SMITH, ESQ. of the law firm of GORDON & REES LLP in the

22  place and stead of REX GARNER, ESQ. and ROBERT R. McCOY, ESQ. of the MORRIS LAW

23  GROUP in the above-entitled matter.

24      DATED this __ day of November, 2013.        **FIRST NATIONAL COLLECTION**
                                                    **BUREAU, INC.**
25

26

27                                                  By: _____
                                                        SCOTT CARROLL
28                                                      Senior Vice-President

*Gordon & Rees LLP*
*3770 Howard Hughes Parkway Suite 100*
*Las Vegas, NV 89169*

-1-

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

1       REX GARNER, ESQ. and ROBERT R. McCOY, ESQ. of the MORRIS LAW GROUP,

2 hereby consent to the substitution of STEPHANIE J. SMITH, ESQ. of the law firm of GORDON

3 & REES LLP, in place and stead on behalf of Defendant FIRST NATIONAL COLLECTION

4 BUREAU, INC., in the above-entitled matter.

5       Dated: November __4__, 2013       **MORRIS LAW GROUP**

6

7       By: _____

8       REX GARNER, ESQ.
      Nevada Bar No. 9401

9       ROBERT R. McCOY, ESQ.
      Nevada Bar No. 9121

10       900 Bank of America Plaza
      300 S. Fourth Street

11       Las Vegas, Nevada 89101
      Telephone: (702) 474-9400

12       Facsimile: (702) 474-9422

13       STEPHANIE J. SMITH, of the law firm of GORDON & REES, LLP, hereby consents to

14 this substitution in the place and stead of REX GARNER of the MORRIS LAW GROUP, as

15 counsel of record on behalf of Defendant FIRST NATIONAL COLLECTION BUREAU, INC.,

16 in the above-entitled matter.

17       Dated: November __8th__, 2013       **GORDON & REES LLP**

18

19       By: _____

20       STEPHANIE J. SMITH, ESQ.
      Nevada Bar No. 11280

21       3770 Howard Hughes Parkway, Suite 100
      Las Vegas, Nevada 89169

22       Telephone: (702) 577-9300
      Facsimile: (702) 255-2858

23

24       Please check one: __XX__ RETAINED or ____ APPOINTED BY THE COURT.

25       **APPROVED:**

26

27       UNITED STATES MAGISTRATE JUDGE

28       Dated: November 12, 2013 _____